*√#108  #129589*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
11 JUN 20 PM 3:15
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: NEELEY, VERNON D
NEELEY, TARA L

Case No. 10-36559

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Bartoe & Associates | PO Box 70<br>Napoleon, OH 43545 | $1.27 |
| Consultants in Laboratory Medicine | 3170 W Central, 2nd Fl<br>Toledo, OH 43606 | $0.13 |
| Time Warner Cable | PO Box 0901<br>Carol Stream, IL 60132 | $0.66 |
| Defiance Clinic | PO Box 218<br>Defiance, OH 43512 | $0.42 |
| Toledo Edison Bankruptcy Dept. | 6896 Miller Rd, Ste 204<br>Brecksville, OH 44141 | $1.23 |

Check #108 in the amount of $3.71 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Patti Baumgartner-Novak_
Patti Baumgartner-Novak, Trustee

Dated: 6/16/11

cc: Office of the U.S. Trustee